AO 93 (Rev. 12/09) Search and Seizure Warrant   (USAO CDCA Rev. 01/2013)

# UNITED STATES DISTRICT COURT
for the
Central District of California

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 2:17-MJ-02080
PREMISES KNOWN AS 14035 TAHITI WAY, UNIT 133, )
MARINA DEL RAY, CALIFORNIA, AS FURTHER )
DESCRIBED AS ATTACHMENT A )

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the __Central__ District of __California__
*(identify the person or describe the property to be searched and give its location)*:

PREMISES KNOWN AS 14035 TAHITI WAY, UNIT 133, MARINA DEL RAY, CALIFORNIA, AS FURTHER DESCRIBED AS ATTACHMENT A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before __14 days from the date of its issuance__
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 8/18/17 @ 10:50 a.m.

**GAIL J. STANDISH**
*Judge's signature*

City and state: Los Angeles, California   Hon. Gail J. Standish, U.S. Magistrate Judge
*Printed name and title*

AUSAs: James C. Hughes #4961

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 2:17-MJ-02080 | Date and time warrant executed: August 18, 2017 12:00 pm | Copy of warrant and inventory left with: Jin Kim |
|---|---|---|

Inventory made in the presence of: HSI special agent John Chopp

Inventory of the property taken and name of any person(s) seized:

[Please provide a description that would be sufficient to demonstrate that the items seized fall within the items authorized to be seized pursuant to the warrant (e.g., type of documents, as opposed to "miscellaneous documents") as well as the approximate volume of any documents seized (e.g., number of boxes). If reference is made to an attached description of property, specify the number of pages to the attachment and any case number appearing thereon.]

1. One (1) Wells Fargo Bank document with several imprints of a ship stamp.
2. One (1) W&O Supply Inc. document with several imprints of a ship stamp.
3. Bulk U.S. Currency (cash) in the amount of $476,860.00

### Certification (by officer present during the execution of the warrant)

I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date: 8/30/2017

_Executing officer's signature_

RAFAEL TORRES / HSI Special Agent
_Printed name and title_

AUSAs: James C. Hughes #4961

ATTACHMENT A

PREMISES TO BE SEARCHED

The SUBJECT LOCATION is an apartment located on the first floor of a beige, multi-occupant, three-level apartment building, located at 14035 Tahiti Way, Unit 133, Marina Del Rey, CA ("14035 Tahiti Way"). 14035 Tahiti Way is a beige building on the north side of Tahiti Way, with the building facing north to south. The north side of 14035 Tahiti Way faces Basin B of the Marina Del Rey marina. The building is one of a series of connected apartment buildings forming the Avalon Marina Bay apartment complex. 14035 Tahiti Way is physically connected to a neighboring apartment building on its western side located at 14055 Tahiti Way, Marina Del Rey, CA ("14055 Tahiti Way"). An aerial photograph of the two connected apartment buildings obtained from the online map service Google Maps is shown below:



A shared outdoor parking lot for the apartments located at 14035 Tahiti Way and 14055 Tahiti Way is located on the northern

side of the two buildings, and directly abuts the Marina Del Rey marina. The parking lot may be accessed either via a driveway on the western side of 14055 Tahiti Way or a driveway on the eastern side of 14035 Tahiti Way. The patios for the apartments located on the first floor of 14035 and 14055 Tahiti Way are built approximately one story above the parking lot, with covered parking spaces built directly under the patio areas. The patio area for the SUBJECT LOCATION is the second easternmost patio space in 14035 Tahiti Avenue. Below is a photograph taken on August 11, 2017, from the parking lot of 14035 Tahiti Way with the patio space for the SUBJECT LOCATION identified with a red arrow:



2

The front entrance of 14035 Tahiti Way is comprised of a double door at the top of a small covered flight of stairs.  The stairs leading to the double door are covered by a yellow stucco entranceway jutting out from the main building.  At the top of the yellow stucco entranceway are the numbers "14035."  A photograph of the front entranceway to 14035 Tahiti Way is shown below:



The "front door" entrance of the SUBJECT LOCATION is found by walking in through the southern facing entrance of 14035 Tahiti Avenue, which looks out upon Tahiti Avenue, then walking up a small flight of stairs, turning right, and walking down a hallway to the second to last unit on the left. The front door entrance to the SUBJECT LOCATION bears the numbers 133.

4

**ATTACHMENT B**

The items to be seized are the following items constituting evidence of violations of 18 U.S.C. § 371, conspiracy to defraud the United States of America, and 18 U.S.C. 922(g), unlawful receipt of a firearm by an alien in the United States illegally.

1. 1 handgun / 9mm / Model Beretta M9 / Serial Number #M9165524;

2. 1 rifle / 5.56 caliber / US Model Centaurus / Serial Number #CT0111;

3. 1 handgun / 9mm / Model Glock 19 / Serial Number #ZFM660;

4. 1 rifle / 5.56 caliber / Lewis Machine and Tool Model MRP Defender / Serial Number #LMT77028.

5. Cash in excess of $5,000.

6. Any stamps purporting or appearing to be vessel stamps associated with a designated shipping vessel.

7. For the period of January 1, 2012 through the present:

    a. Any paperwork documenting the sale and/or purchase of duty-free cigarettes including purchase invoices, TTB Forms 5200.14, delivery receipts, and customs paperwork;

    b. Any ledgers and/or account books summarizing cigarette purchases and sales;

    c. Any rolodexes, contact logs, and address books, documenting the contact information (including names, phone numbers, and/or addresses) for customers and suppliers of cigarettes.

    d. Any receipts, invoices, or rental agreements for any storage facility or storage locker.